In the Matter of the Claim of LUTHER E. COOK, Respondent, against NEW YORK CENTRAL RAILROAD COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD et al., Respondents.

Argued June 3, 1946; decided July 23, 1946.

*Robert E. Whalen, Charles E. Nichols* and *Sherman A. Murphy, Jr.* for appellant.

*Nathaniel L. Goldstein,* Attorney-General (*Roy Weidersum* of counsel), for Workmen's Compensation Board, respondent.

*John M. Cullen* for Special Fund for Reopened Cases, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. FULD, J., dissents on the ground that the voluntary and gratuitous payment of drug or medical bills is not " payment * * * of compensation previously awarded " within the meaning of section 25-a of the Workmen's Compensation Law. Taking no part: DYE, J.